■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID ROLANDO, Appellant. [652 NYS2d 512]—Judgment, Supreme Court, New York County (Marcy Kahn, J.), rendered December 22, 1994, convicting defendant, after a jury trial, of robbery in the first degree, and sentencing him to a term of 2 to 6 years, unanimously affirmed.

Since, in this case, defendant's accessorial guilt is not

premised solely on circumstantial evidence (*People v Roldan*, 88 NY2d 826, 827), the court properly declined to give the jury a circumstantial evidence charge (*see also*, *People v Von Werne*, 41 NY2d 584, 590). Concur—Murphy, P. J., Rosenberger, Ellerin and Nardelli, JJ.